JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ZAFER G. KRIDI, | No. CV 20-1414 JFW (JEMx) |
| Plaintiff, | **JOINT JUDGMENT** |
| v. | |
| MARK KOUMANS, Deputy Director of U.S. Citizenship and Immigration Services, et al., | |
| Defendants. | |

The Court having considered the pleadings and evidence presented herein, and in accordance with the Court's December 3, 2020 Minute Order denying Defendants' Motion for Summary Judgment and granting Plaintiff's Motion for Summary Judgment entered herein, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's Motion for Summary Judgment is granted;
2. Defendants' Motion for Summary Judgment is denied;
3. Judgment is hereby entered in favor of Plaintiff; and
4. This action is remanded to the United States Citizenship and Immigration Services for review and adjudication of Plaintiff's I-485 Application for Adjustment of Status in a manner consistent with the Court's December 3, 2020 Minute Order.

IT IS SO ORDERED.

DATED: December 7, 2020

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE